**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

SHANNON L. CLARK,

    Petitioner,

v.                                              Case No.8:06-CV-1247-T-30MSS

JAMES McDONOUGH, et al.,

    Respondents.
_____/

**O R D E R**

Petitioner, an inmate of the Florida penal system, initiated this action *pro se* by filing a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Dkt. 1) and an Affidavit of Indigency in which he seeks leave to proceed *in forma pauperis* (Dkt. 2). Petitioner is challenging his 2001 convictions for capital murder and armed home invasion robbery entered on December 21, 2001, in the Sixth Judicial Circuit Court, Pinellas County, Florida.

The Court has reviewed its files and determined that the convictions about which Petitioner complains were previously the subject of a petition for federal habeas relief in Case No. 8:06-CV-971-T-23MAP. That case was dismissed on June 6, 2006, on procedural grounds.

Local Rule 1.04(a) provides, in pertinent part, as follows:

> Whenever a second or subsequent case seeking post-conviction or other relief by petition for writ of habeas corpus is filed by the same petitioner involving the same conviction, it shall be assigned, or reassigned if need be, to the same judge to whom the original case was assigned.

Local Rule 1.04(a) (M.D. Fla. 2006).

ACCORDINGLY, the Court **ORDERS** that the **Clerk** shall reassign this case to The Honorable Steven D. Merryday pursuant to Local Rule 1.04(a) (M.D. Fla. 2006).

**DONE** and **ORDERED** in Tampa, Florida on July 10, 2006.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
*Pro se* Petitioner

SA:jsh/ro